UNITED STATES COURT OF APPELAS
FOR THE 4TH CIRCUIT

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| | ) |
| v. | ) Appeal No. 13-4964 |
| | ) |
| LUIS ENRIQUE GARCIA | ) |

**MOTION FOR EXTENSION OF TIME**
**WITHIN WHICH TO FILE BRIEF AND REQUIRED APPENDIX FOR APPELLANT**

Appellant Luis Enrique Garcia, with undersigned counsel, requests an extension of time within which to file Opening Brief and Appendix ; and states as follows :

1. Counsel was appointed on December 19, 2013 to represent appellant.

2. On February 18, 2014 the Court issued its Briefing Order.

3. Appellant's Opening Brief is due March 25, 2014

4. Counsel for Appellant will be out of the Country from March 12, 2014, returning on March 25, 2014.

5. Appellant counsel has not yet had a complete opportunity to fully review the entire record in addition to conferring with his client.

WHERFORE, Appellant requests a STAY of the current BRIEFING SCHEDULE for 30 days to April 25, 2014.

Respectfully submitted this 11th day of March, 2014

                s/Murray Kamionski
                _____
                Murray Kamionski, Esq.
                Attorney for Luis Enrique Garcia

Appeal: 13-4964    Doc: 17    Filed: 03/12/2014    Pg: 2 of 2