# UNITED STATES COURT OF APPELAS
## FOR THE 4TH CIRCUIT

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| ) | Appeal No. 13-4964 |
| v. ) | |
| ) | |
| LUIS ENRIQUE GARCIA | |

## MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE BRIEF AND REQUIRED APPENDIX FOR APPELLANT

Appellant Luis Enrique Garcia, with undersigned counsel, requests an extension of time within which to file Opening Brief and Appendix and states as follows:

Appellant's Opening Brief is due March 25, 2014. Counsel for Appellant has been recovering from an acute case of bronchial asthma for the past 3 weeks.

Accordingly Appellant counsel respectfully requests a STAY of the current BRIFING SCHEDULE for 14 days to May 8, 2014.

Respectfully submitted this 23th day of April, 2014

s/Murray Kamionski

_____
Murray Kamionski, Esq.
Attorney for Luis Enrique Garcia